IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRA DON PARTHEMORE,

    Plaintiff,                      No. 2:09-cv-2330-JFM (PC)

    vs.

M. MARTEL, et al.,

    Defendants.
                           /            ORDER

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. The court has, concurrently with this order, directed the United States Marshal to serve process on defendants. On September 15, 2009, September 21, 2009, and October 5, 2009, plaintiff filed motions for preliminary injunctive relief. Good cause appearing, the California Attorney General will be directed to file a response to the motions within twenty-one days from the date of this order.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to serve a copy of the documents filed by plaintiff on September 15, 2009, September 21, 2009, and October 5, 2009, together with a copy of plaintiff's complaint, on Monica Anderson, Supervising Deputy Attorney General.

/////

1              2.  Within twenty-one days from the date of this order, the California Attorney
2  General shall file and serve a response to the motions served with this order.
3  DATED: October 8, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
part2330.piresp