IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRA DON PARTHEMORE,

    Plaintiff,                    No. 2:09-cv-2330-JFM (PC)

    vs.

M. MARTEL, et al.,

    Defendants.                <u>ORDER</u>

          Defendants have filed a motion for an extension of time to respond to plaintiff's September 15, 2009, September 21, 2009, and October 5, 2009 motions for injunctive relief concerning his transfer from Mule Creek State Prison to California Substance Abuse Treatment Facility, as required by this court's October 8, 2009 order.  Defendants seek an extension from October 29, 2009 to December 3, 2009 to respond to the motions.  Defendants also seek an order permitting them to obtain a copy of plaintiff's medical records and medical chronos from the California Department of Corrections and Rehabilitation (CDCR).

          Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order plaintiff shall file and serve a response to defendants' request for an order directing CDCR officials to provide them with copies of plaintiff's medical records and medical

/////

1

chronos. Plaintiff is cautioned that failure to respond to this order may result in a recommendation that his motions for injunctive relief be denied.

DATED: November 12, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
part2330.o