IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRA DON PARTHEMORE,

        Plaintiff,                      No. 2:09-cv-2330-JFM (PC)

    vs.

M. MARTEL, et al.,

        Defendants.

_____/        ORDER

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed February 2, 2010, this court granted plaintiff's motion to amend his complaint and found that the amended complaint stated a cognizable claim for relief against defendants Jackson, Kaplan, and Kissel, who had already appeared in the action, and against new defendant Dr. Col. In the same order, the court directed defendants Jackson, Kaplan, and Kissel to file and serve a response to the amended complaint within twenty days and directed counsel for defendants to advise the court in writing within ten days whether counsel would waive service of process on behalf of Dr. Col. On February 11, 2010, counsel for defendants filed a response stating that she is authorized to accept service on behalf of Dr. Col. Good cause appearing, the court's February 2, 2010 order will be modified to permit all defendants to respond at the same time to plaintiff's amended complaint.

1

In accordance with the above, IT IS HEREBY ORDERED that within twenty days from the date of this order defendants Jackson, Kaplan, Kissel and Col shall file and serve a response to plaintiff's amended complaint.

DATED: February 16, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
part2330.resp

2