IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRA DON PARTHEMORE,

      Plaintiff,                    No. 2:09-cv-2330-JFM (PC)

   vs.

M. MARTEL, et al.,

      Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed several motions arising from his transfer from Mule Creek State Prison (Mule Creek) to California Substance Abuse Treatment Facility, seeking first an order preventing the transfer and, subsequently, an order requiring prison officials to return him to Mule Creek. On May 3, 2010, plaintiff filed a notice of change of address which shows that he has returned to Mule Creek. Accordingly, plaintiff's motions are moot and will be denied.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 1, 2009 motion is denied;

        2. Plaintiff's September 15, 2009 motion is denied;

        3. Plaintiff's September 21, 2009 motion is denied; and

/////

4. Plaintiff's October 5, 2009 motion is denied;

DATED: May 5, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
part2330.o